IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS BARROW, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:11cv607-TMH |
| | ) |
| PIKE COUNTY ALABAMA, DISTRICT ATTORNEY and PIKE COUNTY ALABAMA, DISTRICT COURT, | ) ) ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On August 10, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for writ of mandamus filed by Christopher Lewis Barrow is DENIED and this case is DISMISSED.

Done this the 6th day of September, 2011.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE